JAMES P. KEMP, ESQ.
Nevada Bar No. 6375
KEMP & KEMP
7435 W. Azure Dr., Suite 110
Las Vegas, Nevada 89130
(702) 258-1183/(702) 258-6983 fax
jp@kemp-attorneys.com
Attorney for Plaintiffs Tsadok and Juley Zizi

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

***

| | |
|---|---|
| TSADOK ZIZI and JULEY ZIZI,<br><br>    Plaintiffs-Counterdefendants,<br>vs.<br><br>ALL ABOUT SERVICE LIMOUSINE, INC, a Nevada Corporation; MICK MANLY,<br><br>    Defendants-Counterclaimants. | Case No.: 2:17-cv-00088-RFB-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COUNTERCLAIM**<br><br>[FIRST REQUEST] |

    COME NOW Plaintiff-Counterdefendants and Defendants-Counterclaimants and through their respective counsel of record, do hereby stipulate and agree to extend the deadline for Plaintiff-Counterdefendants to respond to the Counterclaims filed by Defendants-Counterclaimants, filed February 2, 2017 (ECF No. 4) until 21 days after the Defendant-Counterclaimant's serve their Answer and Amended Counterclaim which will be in response to Plaintiff's First Amended Complaint filed February 23, 2017 (ECF No. 6), in accordance with FRCP Rule 12(a)(1)(B). The Parties agree that this will avoid duplication of effort and potentially avoid motion practice relating to the original Counterclaim.

///

///

1

1  This extension of the discovery period and related deadlines is sought in good faith and not for
2  the purpose of delay.

4  Dated: February 24, 2017                           Dated: February 24

6  /s/     James P. Kemp                              /s/     Anthony B. Golden
7  James P. Kemp, Esq.                                Anthony B. Golden, Esq.
   KEMP & KEMP ATTORNEYS AT LAW                      GARG GOLDEN LAW FIRM
8  7435 West Azure Drive, Suite 110                  3185 St. Rose Parkway, Suite 325
   Las Vegas, NV 89130                               Henderson, NV 89052
9  (702) 258-1183/ 258-6983 fax                      (702) 850-0202 / (702) 850-0204 fax
10 Attorney for Plaintiff Xiaoying Lan               agolden@garggolden.com
                                                     Attorneys for Defendant

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

Dated: 2-27-2017