JAMES P. KEMP, ESQ.
Nevada Bar No. 6375
KEMP & KEMP
7435 W. Azure Dr., Suite 110
Las Vegas, Nevada 89130
(702) 258-1183/(702) 258-6983 fax
jp@kemp-attorneys.com
Attorney for Plaintiffs Tsadok and Juley Zizi

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

**\*\*\***

| | |
|---|---|
| TSADOK ZIZI and JULEY ZIZI, | ) |
| | ) |
| Plaintiffs-Counterdefendants, | ) |
| vs. | ) Case No.: 2:17-cv-00088-RFB-VCF |
| | ) |
| ALL ABOUT SERVICE LIMOUSINE, INC, a | ) **STIPULATION AND ORDER TO** |
| Nevada Corporation; MICK MANLY, | ) **EXTEND TIME FOR PLAINTIFFS-** |
| | ) **COUNTERDEFENDANTS TO** |
| Defendants-Counterclaimants. | ) **FILE REPLY TO OPPOSITION** |
| | ) **MOTION TO DISMISS** |
| | ) **COUNTERCLAIMS** |
| | ) |
| | ) [FIRST REQUEST] |
| | ) |

COME NOW Plaintiff-Counterdefendants and Defendants-Counterclaimants and through their respective counsel of record, do hereby stipulate and agree to extend the deadline for Plaintiff-Counterdefendants to file a Reply to Defendants-Counterclaimants' Opposition to Motion to Dismiss Counterclaims from April 28, 2017 through and including May 8, 2017. This Stipulation is brought based upon the following:

1. Plaintiff's Counsel has informed Defense Counsel that he has been tied up with other work since the Opposition was filed on Friday, April 21, 2017. This included an all day deposition on Friday, April 21, multiple client meetings, preparation for and attending a workers' compensation appeal on Tuesday, April 25, preparation for and attending an all day deposition on Wednesday, April 26, preparation for and attending a state court hearing on Thursday, April 27,

1

preparation for and drafting of two complaints in two new cases, one of which is up against a statute of limitations deadline on May 1.

2. The extension of time to file the Reply to Opposition to Motion to Dismiss Counterclaims will be adequate to permit Plaintiff's counsel to complete the work and get it filed.

This extension of time is sought in good faith and not for the purpose of delay.

Dated: April 28, 2017                                        Dated: April 28, 2017


/s/      James P. Kemp                                    /s/      Anthony B. Golden
James P. Kemp, Esq.                                       Anthony B. Golden, Esq.
KEMP & KEMP ATTORNEYS AT LAW                              GARG GOLDEN LAW FIRM
7435 West Azure Drive, Suite 110                          3185 St. Rose Parkway, Suite 325
Las Vegas, NV 89130                                       Henderson, NV 89052
(702) 258-1183/ 258-6983 fax                              (702) 850-0202 / (702) 850-0204 fax
Attorney for Plaintiffs                                   agolden@garggolden.com
                                                          Attorneys for Defendants


**ORDER**


   **IT IS SO ORDERED.**


                                            _____
                                            RICHARD F. BOULWARE, II
                                            United States District Judge
                                            DATED this 1st day of May, 2017.