| | |
|---|---|
| 1 | GARG GOLDEN LAW FIRM |
| | ANTHONY B. GOLDEN, ESQ. |
| 2 | Nevada Bar No. 9563 |
| | PUNEET K. GARG, ESQ. |
| 3 | Nevada Bar No. 9811 |
| | 3145 St. Rose Parkway, Suite 230 |
| 4 | Henderson, Nevada 89052 |
| | Tel: (702) 850-0202 |
| 5 | Fax: (702) 850-0204 |
| | Email: agolden@garggolden.com |
| 6 | |
| | Counsel for Defendants/Counterclaimants |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

TSADOK ZIZI and JULEY ZIZI,

    Plaintiffs/Counterdefendants,

vs.

ALL ABOUT SERVICE LIMOUSINE, INC., a Nevada corporation; MICK MANLY,

    Defendants/Counterclaimants.

CASE NO.: 2:17-cv-00088-RFB-VCF

**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF/COUNTERDEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

**(FIRST REQUEST)**

    COME NOW Plaintiff/Counterdefendants and Defendants/Counterclaimants by and through their respective counsel of record, do hereby stipulate and agree to extend the time for Defendants/Counterclaimants to respond to Plaintiffs/Counterdefendants' Motion for Summary Judgment (ECF No. 42) from July 23, 2018 to July 30, 2018. The undersigned counsel for Defendants/Counterclaimants has been in multiple depositions over the last several weeks in another matter, along with preparing for an evidentiary hearing on a preliminary injunction motion, and covering matters for his partner, who is out of the country.

    This is the first request for an extension of this deadline. The extension is sought in good faith and not for the purpose of delay. It will allow Defendants/Counterclaimants' counsel

/ / /

/ / /

GARG GOLDEN
LAW FIRM
3145 St. Rose Parkway
Suite 230
Henderson, Nevada 89052
(702) 850-0202

1 of 2

GARG GOLDEN LAW FIRM
3145 St. Rose Parkway
Suite 230
Henderson, Nevada 89052
(702) 850-0202

1 of 2

sufficient time to complete the response to the Motion.

Dated this 23th day of July, 2018.					Dated this 23th day of July, 2018.

GARG GOLDEN LAW FIRM					KEMP & KEMP ATTORNEYS AT LAW


By  */s/ Anthony B. Golden*					By  */s/ James P. Kemp*
    Anthony B. Golden, Esq.					    James P. Kemp, Esq.
    3145 St. Rose Parkway, Suite 230				    7435 West Azure Drive, Suite 110
    Henderson, Nevada 89052					    Las Vegas, Nevada 89130
    (702) 850-0202						    (702) 258-1183
    Counsel for Defendants/Counterclaimants		    Counsel for Plaintiffs/Counterdefendants

## **ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: July 24, 2018