JAMES P. KEMP, ESQ.
Nevada Bar No. 6375
KEMP & KEMP
7435 W. Azure Dr., Suite 110
Las Vegas, Nevada 89130
(702) 258-1183/(702) 258-6983 fax
jp@kemp-attorneys.com
Attorney for Plaintiffs Tsadok and Juley Zizi

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

***

| | |
|---|---|
| TSADOK ZIZI and JULEY ZIZI, | )<br>) |
| Plaintiffs-Counterdefendants, | ) |
| vs. | ) Case No.: 2:17-cv-00088-RFB-VCF |
| ALL ABOUT SERVICE LIMOUSINE, INC, a Nevada Corporation; MICK MANLY, | ) **STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFFS-COUNTERDEFENDANTS TO FILE REPLY TO OPPOSITION MOTION FOR SUMMARY JUDGMENT ON COUNTERCLAIMS** |
| Defendants-Counterclaimants. | ) |
| | ) [FIRST REQUEST] |

COME NOW Plaintiff-Counterdefendants and Defendants-Counterclaimants and through their respective counsel of record, do hereby stipulate and agree to extend the deadline for Plaintiff-Counterdefendants to file a Reply to Defendants-Counterclaimants' Opposition to Motion for Summary Judgement as to the Counterclaims from August 14, 2018 through and including August 21, 2018. This Stipulation is brought based upon the following:

1. Plaintiff's Counsel has informed Defense Counsel that he has been tied up with other work since the Opposition was filed on July 31, 2018. Specifically, he has been preparing for a two day arbitration that is taking place on August 14 and 15, 2018. This along with multiple client meetings, preparation for and attending a workers' compensation appeal, responding to an emergency motion on an order shortening time in state court last week, and having to travel out of

state on a personal matter on August 10-12 has delayed drafting the Reply in this matter.

2. The extension of time to file the Reply to Opposition to Motion for Summary Judgment on Counterclaims will be adequate to permit Plaintiff's counsel to complete the work and get it filed.

This extension of time is sought in good faith and not for the purpose of delay.

Dated: August 13, 2018                                           Dated: August 13, 2018


/s/      James P. Kemp                        /s/      Anthony B. Golden
James P. Kemp, Esq.                           Anthony B. Golden, Esq.
KEMP & KEMP ATTORNEYS AT LAW                  GARG GOLDEN LAW FIRM
7435 West Azure Drive, Suite 110              3185 St. Rose Parkway, Suite 325
Las Vegas, NV 89130                           Henderson, NV 89052
(702) 258-1183/ 258-6983 fax                  (702) 850-0202 / (702) 850-0204 fax
Attorney for Plaintiffs                       agolden@garggolden.com
                                              Attorneys for Defendants

**ORDER**

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
United States District Court

Dated: August 14, 2018.