JAMES P. KEMP, ESQ.
Nevada Bar No. 6375
KEMP & KEMP
7435 W. Azure Dr., Suite 110
Las Vegas, Nevada 89130
(702) 258-1183/(702) 258-6983 fax
jp@kemp-attorneys.com
Attorney for Plaintiffs Tsadok and Juley Zizi

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| TSADOK ZIZI and JULEY ZIZI, | )<br>) |
| Plaintiffs-Counterdefendants,<br>vs. | )<br>)<br>) Case No.: 2:17-cv-00088-RFB-VCF |
| ALL ABOUT SERVICE LIMOUSINE, INC, a Nevada Corporation; MICK MANLY, | )<br>) STIPULATION AND [PROPOSED]<br>) ORDER TO EXTEND TIME TO<br>) FILE JOINT PRE-TRIAL ORDER |
| Defendants-Counterclaimants. | )<br>)<br>) [FIRST REQUEST] |

COME NOW Plaintiff-Counterdefendants and Defendants-Counterclaimants and through their respective counsel of record, do hereby stipulate and agree to extend the deadline to file the Joint Pre-Trial Order in this matter from July 16, 2019 through and including **July 30, 2019**. The reason for this request is that counsel for the Plaintiffs-Counterdefendants is tied up in trial in Department IX of state court and unable to work on the Joint Pre-Trial Order in this matter until after Thursday, July 18, 2019.

///

///

///

1

This extension of the discovery period and related deadlines is sought in good faith and not for the purpose of delay.

Dated: July 16, 2019                                         Dated: July 16, 2019

/s/      James P. Kemp                                       /s/      Anthony B. Golden
James P. Kemp, Esq.                                          Anthony B. Golden, Esq.
KEMP & KEMP ATTORNEYS AT LAW                                 GARG GOLDEN LAW FIRM
7435 West Azure Drive, Suite 110                             3185 St. Rose Parkway, Suite 325
Las Vegas, NV 89130                                          Henderson, NV 89052
(702) 258-1183/ 258-6983 fax                                 (702) 850-0202 / (702) 850-0204 fax
Attorney for Plaintiffs                                      agolden@garggolden.com
                                                             Attorneys for Defendants

**ORDER**

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

Dated: July 17, 2019