| | |
|---|---|
| 1 | GARG GOLDEN LAW FIRM |
| | ANTHONY B. GOLDEN, ESQ. |
| 2 | Nevada Bar No. 9563 |
| | PUNEET K. GARG, ESQ. |
| 3 | Nevada Bar No. 9811 |
| | WHITNEY J. SELERT, ESQ. |
| 4 | Nevada Bar No. 5492 |
| | 3145 St. Rose Parkway, Suite 230 |
| 5 | Henderson, Nevada 89052 |
| | Tel: (702) 850-0202 |
| 6 | Fax: (702) 850-0204 |
| | Email: agolden@garggolden.com |
| 7 | |
| | Counsel for Defendants/Counterclaimants |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TSADOK ZIZI and JULEY ZIZI, | CASE NO.: 2:17-cv-00088-RFB-VCF |
| Plaintiffs/Counterdefendants, | |
| vs. | **STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE JOINT PRE-TRIAL ORDER** |
| ALL ABOUT SERVICE LIMOUSINE, INC., a Nevada corporation; MICK MANLY, | |
| Defendants/Counterclaimants. | **(SECOND REQUEST)** |

COME NOW Plaintiff-Counterdefendants and Defendants-Counterclaimants and through their respective counsel of record, do hereby stipulate and agree to extend the deadline to file the Joint Pre-Trial Order in this matter from July 30, 2019 to and including **August 13, 2019**. The reason for this request is that, due to travel schedule of counsel, along with other pending litigation matters, counsel for the parties have been unable to confer on all of the details of the Joint Pre-Trial Order but anticipate being able to do so and finalize the Joint Pre-Trial Order for the Court on or before August 13, 2019.

/ / /

/ / /

GARG GOLDEN
LAW FIRM
3145 St. Rose Parkway
Suite 230
Henderson, Nevada 89052
(702) 850-0202

1 of 2

This extension of the deadline for the Joint Pre-Trial Order is sought in good faith and not for the purpose of delay.

Dated this 29th day of July, 2019.

GARG GOLDEN LAW FIRM

By  */s/ Anthony B. Golden*
    Anthony B. Golden, Esq.
    3145 St. Rose Parkway, Suite 230
    Henderson, Nevada 89052
    (702) 850-0202
    Counsel for Defendants/Counterclaimants

Dated this 29th day of July, 2019.

KEMP & KEMP ATTORNEYS AT LAW

By  */s/ James P. Kemp*
    James P. Kemp, Esq.
    7435 West Azure Drive, Suite 110
    Las Vegas, Nevada 89130
    (702) 258-1183
    Counsel for Plaintiffs/Counterdefendants

**ORDER**

IT IS SO ORDERED.

_____
U.S. MAGISTRATE JUDGE

DATE: 7-30-2019

GARG GOLDEN LAW FIRM
3145 St. Rose Parkway
Suite 230
Henderson, Nevada 89052
(702) 850-0202